Wesley Scott ASHTON, Plaintiff–Appellant,

v.

UNITED STATES ARMY, Office of the General Counsel; Charles H. Bowers, Chief, Freedom of Information/Privacy Act Office; James W. Martin, Jr., Colonel, Commanding Officer, Defendants–Appellees.

No. 00–2351.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 28, 2001.

Decided March 19, 2001.

Wesley Scott Ashton, pro se. Joel Eric Wilson, Special Assistant United States Attorney, Edward John Martin, Office of the United States Attorney, Alexandria, VA, for appellees.

Before NIEMEYER, DIANA GRIBBON MOTZ, and KING, Circuit Judges.

PER CURIAM.

Wesley Scott Ashton appeals the district court's order entering judgment for Defendants in this action arising under the Freedom of Information Act. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Ashton v. United States Army,* No. CA–00–297–A (E.D.Va. Aug. 15, 2000). We dispense with oral argument because the facts and legal contentions are ade-

quately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*